# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARSARB INC., et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-00342-NONE-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE NOTICE OF STATUS OF SERVICE<br><br>TEN DAY DEADLINE |

Plaintiff filed this action on March 5, 2021. On March 8, 2021, a scheduling order issued setting the mandatory scheduling conference for June 10, 2021. As of this date, Plaintiff has not filed proof of service of the summons and complaint. See ECF No. 3-1 at 2. In order to determine if this matter is ready to proceed to a scheduling conference, the Court will require Plaintiff to file a notice of the status of service.

Accordingly, IT IS HEREBY ORDERED that, within **ten (10) days** of the date of entry of this order, Plaintiff shall file notice of the status of service on the defendants in this action. Plaintiff is advised that failure to comply with this order may result in the issuance of sanction, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: __**May 12, 2021**__　　　　　　　　　　　　／s／

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE