| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HARSARB INC., et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00342-NONE-SAB<br><br>ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE AND REQUIRING PLAINTIFF TO FILE A MOTION FOR DEFAULT JUDGMENT<br><br>SIXTY DAY DEADLINE |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Jose Trujillo ("Plaintiff") filed this action on March 5, 2021, against Harsarb Inc. and Harsarb Firm LLC ("Defendants"). On May 14, 2021, Plaintiff filed a request for entry of default and the Clerk of the Court entered default against Defendants. (ECF Nos. 8, 9, 10.)

Pursuant to Federal Rules of Civil Procedure 55, obtaining a default judgment is a two-step process. Yue v. Storage Technology Corp., No. 3:07-cv-05850, 2008 WL 361142, *2 (N.D. Cal. Feb. 11, 2008). Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise. Fed. R. Civ. P. 55(a). After entry of default, the plaintiff can seek entry of default judgment. Fed. R. Civ. P. 55(b)(1) and (2). "Default judgments are generally disfavored, and whenever it is reasonably possible, cases should be decided upon their merits." In re Hammer, 940 F.2d 524, (9th Cir. 1991) (internal punctuation and citations omitted).

As all defendants in this matter are in default, the Court shall continue the mandatory scheduling conference and set a deadline for a motion for default judgment to be filed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **sixty (60) days** from the date of service of this order, Plaintiff shall file a motion for default judgment

2. The scheduling conference set for June 10, 2021, is CONTINUED to **September 30, 2021, at 11:00 a.m.** in Courtroom 9;

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference; and

4. Plaintiff is advised that the failure to comply with this order shall result in a recommendation that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: __**May 17, 2021**__

UNITED STATES MAGISTRATE JUDGE