UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>        Plaintiff,<br><br>    v.<br><br>HARSARB, INC., et al.,<br><br>        Defendants. | No. 1:21-cv-00342-NONE-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS FOR DEFAULT JUDGMENT<br><br>(Doc. Nos. 12, 14) |

On March 5, 2021, plaintiff Jose Trujillo filed this action against defendants Harsarb, Inc., dba A1 Step & Save, and Harsarb Firm, LLC, alleging violations of the Americans with Disabilities Act and California state law. (Doc. No. 1.) No defendants filed a responsive pleading or motion, nor have they otherwise appeared in this action. Default was entered again each defendant by the Clerk of the Court on May 14, 2021. (Doc. Nos. 9, 10.) On July 16, 2021, plaintiff filed a motion for default judgment against defendants which was referred to the assigned magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (Doc. No. 12.)

On August 26, 2021, the magistrate judge issued findings and recommendations, recommending that plaintiff's motion for default judgment be denied due to insufficient service on defendants. (Doc. No. 14.) The findings and recommendations recommended, in the alternative, that the court grant the motion for default judgment if it were to determine that

plaintiff effected service. (*Id.* at 28–29.) The findings and recommendations were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days from the date of service. (*Id.* at 29.) On September 9, 2021, plaintiff filed objections to the findings and recommendations. (Doc. No. 16.)

Plaintiff's objections do not show any flaws with the magistrate judge's reasoning but instead merely reflect the difficulty plaintiff has had in effecting service. (*Id.*) Plaintiff ends his objections with a request that the court authorize service by hand delivery upon the Secretary of State pursuant to California Corporations Code § 1702. (*Id.* at 2.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case, including plaintiff's objections. The court finds the conclusions reached in the findings and recommendations concerning the validity of the service of process to be supported by the record and by proper analysis. The court finds it unnecessary to determine whether the motion would be granted if proper service were accomplished.

Accordingly,

1. The findings and recommendations issued on August 26, 2021 (Doc. No. 14) are adopted in part;
2. Plaintiff's motion for default judgment (Doc. No. 12) is denied; and
3. This case is referred back to the assigned magistrate judge for further proceedings, including the determination of whether service should be authorized pursuant to § 1702.

IT IS SO ORDERED.

Dated: **October 13, 2021**

UNITED STATES DISTRICT JUDGE

2