# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARSARB INC., et al.,<br><br>　　　　Defendants. | Case No.  1:21-cv-00342-NONE-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE PROOF OF SERVICE OR SUBMIT MOTION FOR ALTERNATIVE METHOD OF SERVICE<br><br>THIRTY DAY DEADLINE |

Plaintiff filed this action on March 5, 2021, alleging violations of the Americans with Disabilities Act, and California's Unruh Civil Rights Act.  (ECF No. 1.)  On July 16, 2021, plaintiff filed a motion for default judgment against Defendants which was referred to the assigned magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  (ECF No. 12.)  On August 26, 2021, the undersigned issued findings and recommendations, recommending that Plaintiff's motion for default judgment be denied due to insufficient service on Defendants.  (ECF No. 14.)   On September 9, 2021, Plaintiff filed objections to the findings and recommendations.  (ECF No. 16.)  The objections described the difficulty Plaintiff has had in effecting service, and requested that the Court authorize service by hand delivery upon the California Secretary of State pursuant to California Corporations Code § 1702.  (Id. at 2.)  On October 14, 2021, the District Judge adopted the findings and recommendations, and referred the matter back to the undersigned for further proceedings, including the determination of whether

service should be authorized pursuant to California Corporations Code § 1702.  (ECF No. 18 at 2.)

Rule 4 provides that:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).  As no formal motion has been submitted for the authorization of an alternative method of service, the Court shall require Plaintiff, within thirty (30) days of entry of this order, to either complete service in compliance with Rule 4, or submit a motion for authorization of an alternative method of service, whether by publication, delivery to the Secretary of State, or other appropriate method.

Accordingly, IT IS HEREBY ORDERED that, within **thirty (30) days** of the date of entry of this order, Plaintiff shall either file proofs of service demonstrating Defendants have been served in compliance with the applicable rules, or submit a formal motion for authorization to serve Defendants by an alternative method.  Plaintiff is advised that failure to comply with this order may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:  **October 19, 2021**

UNITED STATES MAGISTRATE JUDGE

2